**CLOSED CASE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SIEGE ELECTRIC, INC. et al., <br><br> Defendants. | No. 2:22-cv-05221-ODW (SKx) <br><br> **JUDGMENT [47]** |

This action having been commenced on July 28, 2022, and the Court hereby granting the ex parte application and stipulation for entry of judgment in favor of Plaintiffs and against Defendants, (ECF Nos. 47, 50), and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Trustees of the National Electrical Benefit Fund, National Electrical Industry Fund, Los

| | |
|---|---|
| 1 | Angeles Electrical Workers Credit Union, and Southern California IBEW-NECA |
| 2 | Administrative Corporation shall recover from Defendants, Siege Electric, Inc., a |
| 3 | California corporation, and Joshua Jeremaine Middleton, an individual, jointly and |
| 4 | severally, the original principal amount of $171,049.42, plus simple interest calculated at |
| 5 | 8% per annum from May 11, 2023, until paid in full.  Within 14 days after this Judgment |
| 6 | is entered, Plaintiffs shall file a Notice and Acknowledgment of Partial Satisfaction of |
| 7 | Judgment to acknowledge receipt of all payments of principal and interest received by |
| 8 | Plaintiffs as of that date, and will also include the current balance due on the Judgment, |
| 9 | taking into account all payments of principal and interest received as of that date. |

Dated: June 17, 2024

_____
Otis D. Wright, II
United States District Judge