**CLOSED CASE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; NATIONAL ELECTRICAL INDUSTRY FUND; LOS ANGELES ELECTRICAL WORKERS CREDIT UNION; and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION, | No. 2:22-cv-05221-ODW (SKx) <br><br> **AMENDED JUDGMENT** |
| Plaintiffs, | |
| vs. | |

| | |
|---|---|
| 1<br>2<br>3 | SIEGE ELECTRIC, INC., a California corporation; and JOSHUA JEREMAINE MIDDLETON, an individual,<br><br>                      Defendants. |

This action having been commenced on July 28, 2022, the Court having entered Judgment on June 17, 2024, (ECF No. 53), the Court having approved the Stipulation for Entry of Amended Judgment in favor of Plaintiffs and against Defendants submitted to the Court on June 28, 2024, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Judgment entered on June 17, 2024, shall no longer have any force and effect as it is replaced with this Amended Judgment as follows:

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Trustees of the National Electrical Benefit Fund, National Electrical Industry Fund, Los Angeles Electrical Workers Credit Union, and Southern California IBEW-NECA Administrative Corporation shall recover from Defendants, Siege Electric, Inc., a California corporation, and Joshua Jeremaine Middleton, an individual, jointly and severally, the principal amount of 133,520.21, plus $5,601.00 for attorneys' fees, plus simple interest calculated at 8% per annum from July 1, 2024, until paid in full.

Dated: July 1, 2024

                                              _____
                                              Honorable Otis D. Wright, II
                                              United States District Judge